371 A.2d 1292

Commonwealth v. McAfee et al., Appellants.

Argued November 10, 1976. Richard C. DeRenzo, with him Charles Sheroke, for appellants; Charles W. Johns and Robert L. Eberhardt, Assistant District Attorneys, and Robert E. Colville, District Attorney, submitted a brief for Commonwealth, appellee.

Judgments of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.